782

*General Littell,* and *Messrs. Vernon L. Wilkinson, Fred W. Smith,* and *Walter J. Cummings, Jr.,* for the United States, respondent.

No. 632. GRACE LINE, INC. *v.* CUBA DISTILLING CO., INC. ET AL. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioner. *Messrs. D. Roger Englar* and *Leonard J. Matteson* for respondents.

Nos. 638 and 639. HUNTMAN STABILIZER CORP. *v.* GENERAL MOTORS CORP. December 4, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Benj. T. Rauber* and *Leonard G. Brown* for petitioner. *Messrs. Drury W. Cooper* and *Drury W. Cooper, Jr.* for respondent.

No. 606. NATIONAL SURETY CORP. *v.* UNITED STATES. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Delbert M. Tibbetts* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 640. GREAT LAKES DREDGE & DOCK CO. *v.* UNITED STATES. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioner. *Solicitor Gen-*